1  **MILSTEIN ADELMAN JACKSON**
2  **FAIRCHILD & WADE, LLP**
   Gillian L. Wade, Esq. (SBN 229124)
3  gwade@majfw.com
   10250 Constellation Blvd., Suite 1400
4  Los Angeles, CA  90067
   Telephone:  (310) 396-9600
5  Facsimile:  (310) 396-9635

6  **CARNEY BATES & PULLIAM, PLLC**
   Randall K. Pulliam
7  rpulliam@cbplaw.com
   2800 Cantrell Road, Suite 510
8  Little Rock, AR  72202
   Telephone:  (501) 312-8500
9  Facsimile:  (501) 312-8505

10  *Attorneys for Plaintiff ARCARE, INC.*

11

12              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
13

14  ARCARE, INC., an Arkansas Corporation

15          Plaintiff,                      Case No.  2:16-cv-02806-BRO-SK

16      v.

17  HIGHLANDER PRINTING, LLC,              **PLAINTIFF'S NOTICE OF VOLUNTARY**
    d/b/a HIGHLANDER PRINTING AND           **DISMISSAL WITHOUT PREJUDICE**
18  IMAGING SUPPLIES, a California          **PURSUANT TO FEDERAL RULE OF**
    Limited Liability Company,              **CIVIL PROCEDURE 41(a)(1)**
19
            Defendants.
20

21

22

23

24

25

26

27

28
    NOTICE OF VOLUNTARY DISMISSAL
    Case No.  2:16-cv-02806-BRO-SK

**PLEASE TAKE NOTICE** that Plaintiff ARcare, Inc., by and through counsel, hereby dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 22, 2016              Respectfully submitted,

                    By:   /s/ Gillian L. Wade
                          Gillian L. Wade, Esq. (SBN 229124)
                          **MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**
                          gwade@majfw.com
                          10250 Constellation Blvd., Suite 1400
                          Los Angeles, CA 90067
                          Telephone: (310) 396-9600
                          Facsimile: (310) 396-9635

                          -and-

                          Randall K. Pulliam, Esq.
                          **CARNEY BATES & PULLIAM, PLLC**
                          rpulliam@cbplaw.com
                          2800 Cantrell Road, Suite 510
                          Little Rock, AR 72202
                          Telephone: (501) 312-8500
                          Facsimile: (501) 312-8505

                          *Counsel for Plaintiff ARCARE, INC.*

1

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:16-cv-02806-BRO-SK

**CERTIFICATE OF SERVICE**

I, Gillian L. Wade, an attorney, certify that on June 22, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                           */s/ Gillian L. Wade*
                                           Gillian L. Wade

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:16-cv-02806-BRO-SK